**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Joshua Samuel KNAFEL, a/k/a Joshua
S. Knafel, Defendant–Appellant.**

No. 15–6893.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 29, 2016.

Decided: March 8, 2016.

Larry W. Shelton, Federal Public Defender, Christine Madeleine Lee, Research and Writing Attorney, Roanoke, Virginia, for Appellant. Anthony P. Giorno, United States Attorney, Jean B. Hudson, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Before KEENAN and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Samuel Knafel appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Knafel*, No. 5:12–cr–00015–MFU–RSB–1 (W.D.Va. May 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*